JANET M. HEROLD (CA # 186419)
Regional Solicitor
SUSAN SELETSKY (CA # 176106)
Chief Counsel for FLSA Litigation
ANDREW SCHULTZ (CA # 237231)
Senior Trial Attorney
KIMBERLY ROBINSON (DC # 999022)
Trial Attorney
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2707
Facsimile: (415) 625-7772
Email: robinson.kimberly@dol.gov

Attorneys for Plaintiff, R. Alexander Acosta, Secretary
United States Department of Labor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **R. ALEXANDER ACOSTA,** Secretary of Labor, United States Department of Labor, | Case No. 2:17-cv-2659 |
| Plaintiff, | **MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT** |
| v. | |
| **HEALTH CARE, INC.,** a Nevada domestic corporation; **PEGGY PEARCE,** an individual, | |
| Defendants. | |

Pursuant to Local Rule IA 11-3, the Secretary of Labor respectfully requests that this honorable Court admit Government attorneys Andrew Schultz and Kimberly Robinson to practice in this District

for the above-captioned case and in all matters in this District during the period of their employment by the United States.

Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Andrew Schultz is a Senior Trial Attorney with the U.S. Department of Labor, Office of the Solicitor. Mr. Schultz is an active member in good standing of the bar of California, Bar No. 237231. His contact information is as follows:

> Andrew Schultz
> Senior Trial Attorney
> United States Department of Labor
> Office of the Solicitor
> 90 7th Street, Suite 3-700
> San Francisco, California 94103
> Phone: (415) 625-7745
> Facsimile: (415) 625-7772
> Email: Schultz.Andrew@dol.gov

Kimberly Robinson is a Trial Attorney with the U.S. Department of Labor, Office of the Solicitor. Ms. Robinson is an active member in good standing of the bar of the District of Columbia, Bar No. 999022. Her contact information is as follows:

> Kimberly Robinson
> Trial Attorney
> United States Department of Labor
> Office of the Solicitor
> 90 7th Street, Suite 3-700
> San Francisco, California 94103
> Phone: (415) 625-2707
> Facsimile: (415) 625-7772
> Email: Robinson.kimberly@dol.gov

Accordingly, the Secretary of Labor respectfully requests that the Court admit Andrew Schultz and Kimberly Robinson to practice in the District of Nevada for the duration of their employment by the United States.

Respectfully submitted on October 16, 2017.

*/s/Susan Seletsky*
SUSAN SELETSKY
Chief Counsel of FLSA Litigation
United States Department of Labor
Office of the Solicitor
World Trade Center
350 South Figueroa Street, Suite 370
Los Angeles, CA 90071
Telephone: (213) 894-4983
Facsimile: (213) 894-2064

**IT IS SO ORDERED:**

_____
Cam Ferenbach, United States Magistrate Judge

**DATED:** October 27, 2017